In re the MARRIAGE OF Elbert L. WIL-LARD and Brenda Kay Willard.

Elbert L. Willard, Petitioner-Respondent,

and

Brenda Kay Willard,
Respondent-Appellant.

No. 11514.

Missouri Court of Appeals,
Southern District.

Jan. 10, 1980.

Richard D. Moore, Moore & Brill, West Plains, for petitioner-respondent.

Esco V. Kell, Randall R. Smith, West Plains, for respondent-appellant.

PER CURIAM:

Appellant's motion for new trial was overruled September 6, 1979, and her notice of appeal was filed September 19, 1979. We have no jurisdiction because the notice of appeal was not timely filed. Rules 81.04 and 81.05.

Appeal ordered dismissed.

All concur, except HOGAN, J., recused.